428 A.2d 255

Karen L. U., Appellant v. Thomas U.

Argued April 14, 1980.   Linda C. Liechty, for appellant; Robert C. Hillen, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order of the lower court affirmed.

June 27, 1980.

428 A.2d 255

Commonwealth v. Ferry, Appellant.

Submitted November 16, 1979.   Kurt S. Rishor, for appellant;   Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order reversed.

The record is remanded to the court below for a hearing on appellant's petition.

HESTER, J., filed a memorandum dissenting statement.